# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E REDICK, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONORA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-00287-NONE-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN TWENTY DAYS |

Stanley E. Redick, III, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On March 1, 2021, Plaintiff filed a complaint in this action. However, Plaintiff did not file an application to proceed *in forma pauperis*, or pay the filing fee. Plaintiff is required to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **March 2, 2021**

_____
UNITED STATES MAGISTRATE JUDGE