# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E REDICK, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONORA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  1:21-cv-00287-NONE-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

On March 1, 2021, Plaintiff Stanley E. Redick, III ("Plaintiff"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) However, Plaintiff did not file an application to proceed *in forma pauperis* or pay the filing fee, and on March 3, 2021, the Court ordered Plaintiff to either pay the filing fee or file an application demonstrating that he is entitled to proceed in this action without prepayment of the filing fee. (ECF No. 3.) On March 10, 2021, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

/ / /

/ / /

/ / /

1

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**March 11, 2021**__

UNITED STATES MAGISTRATE JUDGE