# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONORA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00287-NONE-SAB<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO CORRECT PROPER FILING OF AMENDED COMPLAINT<br><br>(ECF No. 8) |

Stanley E. Redick, III ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action pursuant to 42 U.S.C. § 1983 on March 1, 2021. (ECF No. 1.) Plaintiff's complaint was screened and on March 17, 2021, an order was filed granting Plaintiff leave to file an amended complaint. (ECF No. 6.) On March 24, 2021, a first amended complaint was filed in Redick v. Lowes Corp., No. 1:21-v-00358-DAD-HBK. Plaintiff contacted the Clerk's Office on April 6, 2021, stating the first amended complaint had been filed in the incorrect action and the complaint was filed in this action. (ECF No. 7.) On April 12, 2021, a motion to correct proper filing of the amended complaint was filed. (ECF No. 8.)

As the first amended complaint has now been correctly filed, Plaintiff's motion to correct proper filing of the amended complaint is HEREBY DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **April 15, 2021**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1