UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY E. REDICK, III,<br><br>Plaintiff,<br><br>v.<br><br>SONORA POLICE DEPARTMENT, et al.,<br><br>Defendants. | No. 1:21-cv-00287-NONE-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING THE CLERK OF THE COURT TO ASSIGN THIS MATTER TO A DISTRICT JUDGE AND CLOSE THE CASE<br><br>(Doc. Nos. 11, 13, 14) |

Plaintiff Stanley E. Redick, III, proceeding *pro se* and *in forma pauperis*, filed this action on March 1, 2021, alleging various claims against the Sonora Police Department and its officers, the Tuolumne County Jail and its office, and the Tuolumne District Attorney Office and its attorneys. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2021, the assigned magistrate judge issued a screening order granting plaintiff the opportunity to file a third amended complaint. (Doc. No. 13.) Plaintiff was granted thirty (30) days to file the third amended complaint but failed to do so. On October 12, 2021, the assigned magistrate judge therefore issued findings and recommendations, recommending that plaintiff's second amended complaint be dismissed for failure to state a claim, for failure to comply with a court order, and failure to prosecute. (Doc. No. 14.) The findings and

recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty days from the date of service. (*Id.*) The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court agrees with the findings and recommendations that plaintiff has failed to state any valid claims. Plaintiff was afforded an opportunity to amend his complaint but has not filed a third amended complaint. Therefore, dismissal is also warranted due to plaintiff's failure to obey a court order and failure to prosecute this action.

Accordingly,

1. The findings and recommendations, filed October 12, 2021 (Doc. No. 14), are adopted in full;
2. Plaintiff's second amended complaint, filed May 26, 2021 (Doc. No. 11), is dismissed for failure to state a claim, for failure to comply with a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to randomly assign this matter to a district judge and close the case.

IT IS SO ORDERED.

Dated: **December 15, 2021**

UNITED STATES DISTRICT JUDGE